IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DONNIE E. WHITE, Inmate #B31317,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 05-594-MJR |
| **CHARLES L. HINSLEY,** *et al.*, | ) |
| **Defendants.** | ) |

### ORDER

**REAGAN, District Judge:**

    Currently pending before the Court is Plaintiff's motion for directions (Doc. 20), in which he asks the Court how he is to go about serving the defendants in the action. This motion is **GRANTED**, and the Court offers the following. Plaintiff's case is awaiting threshold review. If the Court determines, after its review of the complaint pursuant to 28 U.S.C. § 1915A, that the action is not frivolous, malicious, or fails to state a claim and should proceed, the Court will order service upon defendants by the United States Marshal at that time.

    **IT IS SO ORDERED.**

    **DATED this 10th day of March, 2006.**

                                            **s/ Michael J. Reagan**
                                            **MICHAEL J. REAGAN**
                                            **United States District Judge**